UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LIAM LEFEBVRE, | ) |
| | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | )   Case No. 4:22-cv-01007-SRC |
| | ) |
| WASHINGTON UNIVERSITY, | ) |
| | ) |
| Defendant(s). | ) |

## Order

The Court received Plaintiff Liam Lefebvre's [31] Amended Complaint and [33] Motion to Amend/Correct his complaint.  These filings reflect the Court's order requiring Lefebvre to proceed in this case using his true name, Doc. 24.  The Motion to Amend, Doc. 33, is otherwise a refiling of his first motion to amend, primarily adding two additional claims, Doc 6.  The Court will treat Defendant Washington University's [8] Motion to Dismiss, [9] Memorandum is Support of its Motion to Dismiss, Lefebvre's [20] Response in Opposition to the Motion to Dismiss, and Washington University's [23] Reply as being directed at the [31] Amended Complaint.  Similarly, the Court will treat Washington University's [16] Memorandum in Opposition to the first motion to amend, and Lefebvre's [22] Reply as being directed at Lefebvre's [33] Motion to Amend/Correct his complaint.  If either party objects to the Court doing so, it must file its objection by no later than February 10, 2023.

So Ordered this 10th day of February 2023.

_SL R. CR_
_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE