UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Liam Lefebvre | ) |
| Plaintiff | ) |
| vs. | ) Case No 4:22-CV-01007-SRC |
| Washington University in St. Louis | ) |
| Defendant(s) | ) |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff appeal(s) to the United States Court of Appeals for the Eighth Circuit from the final judgment entered in this action on the 17th day of April, 2023.

Liam Lefebvre

_____
Signature