US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** Lefebvre v. Washington University in St. Louis

**USCA#:**

**Case Number:** 4:22-CV-01007-SRC

**Plaintiff:** LIAM LEFEBVRE

**Defendant:** WASHINGTON UNIVERSITY IN ST. LOUIS

**Attorney:**

John Galt Covert (for pla)
20 N. Clark St.
33rd Floor
Chicago, IL  60602
Ph:  312-602-2747   Fax:  312-238-8591
Email:  j.covert@llorenslawgroup.com

APPEAL FILED BY PLAINTIFF PRO SE

**Attorney:**

Robert T. Haar (for dft)
1010 Market Street
Suite 1620
St. Louis, MO  63101
Ph:  314-241-2224   Fax:  314-241-2227
Email:  roberthaar@haar-woods.com

Jozef James Kopchick (for dft)
1010 Market Street
Suite 1620
St. Louis, MO  63101
Ph:  314-241-2224   Fax:  314-241-2227
Email:  jkopchick@haar-woods.com

Lisa A. Pake (for dft)
1010 Market Street
Suite 1620
St. Louis, MO  63101
Ph:  314-241-2224   Fax:  314-241-2227
Email:  lpake@haar-woods.com

**Court Reporter(s):** None

**Please return files and documents to:** Clerk for Eastern District of Missouri

**Person to contact about the appeal:** Jason Dockery at 314-244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | None paid | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| No | No | No | No |

**Criminal Cases/Prisoner Pro Se  Cases Only:**

Is defendant incarcerated?: No    Where:

**Please list all other defendants in this case if there were multiple defendants:**

-2-

-2-