# United States Court of Appeals
*For The Eighth Circuit*

Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

May 17, 2023

Mr. Liam Lefebvre
4716 Macklind Avenue
Saint Louis, MO  63109

RE:  23-2225  Liam Lefebvre v. Washington University in St. Louis

Dear Mr. Lefebvre:

The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

**We note that the docketing and filing fees have not been paid. Enclosed is an order of this court setting out your options for satisfying the Eighth Circuit fee.**

If you fail to take one of the options listed in the order, the court will issue an order directing you to show cause why the appeal should not be dismissed.

Please note that service by pro se parties is governed by Eighth Circuit Rule 25B. A copy of the rule and additional information is attached to the pro se party's copy of this notice.

If you have any questions about the procedures for the case, please contact our office.

Michael E. Gans
Clerk of Court

AEV

Enclosure(s)

cc:   Mr. John Galt Covert (FOR INFORMATION ONLY)
      Mr. Robert T. Haar
      Mr. Jozef Kopchick
      Mr. Gregory J. Linhares
      Ms. Lisa Ann Pake

          District Court/Agency Case Number(s):   4:22-cv-01007-SRC

**Caption For Case Number:   23-2225**

Liam Lefebvre

        Plaintiff - Appellant

v.

Washington University in St. Louis

        Defendant - Appellee

**Addresses For Case Participants:   23-2225**

Mr. Liam Lefebvre
4716 Macklind Avenue
Saint Louis, MO  63109

Mr. John Galt Covert (FOR INFORMATION ONLY)
LLORENS LAW GROUP
33rd Floor
20 N. Clark Street
Chicago, IL  60602

Mr. Robert T. Haar
HAAR & WOODS
Suite 1620
1010 Market Street
Saint Louis, MO  63101-0000

Mr. Jozef Kopchick
HAAR & WOODS
Suite 1620
1010 Market Street
Saint Louis, MO  63101-0000

Mr. Gregory J. Linhares
U.S. DISTRICT COURT
Eastern District of Missouri
111 S. Tenth Street
Saint Louis, MO  63102-0000

Ms. Lisa Ann Pake
HAAR & WOODS
Suite 1620
1010 Market Street
Saint Louis, MO  63101-0000

23-2225  Liam Lefebvre v. Washington University in St. Louis

<h1 style="text-align:center">Eighth Circuit Court of Appeals</h1>

**PRO SE Notice of Docket Activity**

The following was filed on 05/17/2023

**Case Name:**     Liam Lefebvre v. Washington University in St. Louis
**Case Number:**  23-2225

**Docket Text:**
Civil case docketed. [5278243] [23-2225]

**The following document(s) are associated with this transaction:**
Document Description:  None

**Notice will be mailed to:**

Liam Lefebvre
4716 Macklind Avenue
Saint Louis, MO  63109

**Notice will be electronically mailed to:**

Mr. John Galt Covert: j.covert@llorenslawgroup.com
Mr. Robert T. Haar: drenwick@haar-woods.com, drenwick@haar-woods.com,roberthaar@haar-woods.com
Mr. Jozef Kopchick: jkopchick@haar-woods.com
Mr. Gregory J. Linhares: Lori_Miller_Young@moed.uscourts.gov, MOED_Appeals_Orders@moed.uscourts.gov
Ms. Lisa Ann Pake: lpake@haar-woods.com