# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 23-2225

Liam Lefebvre

Appellant

v.

Washington University in St. Louis

Appellee

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:22-cv-01007-SRC)

---

**ORDER**

Liam Lefebvre's motion take judicial notice is hereby ordered taken with the case for consideration by the panel to which this case is submitted for disposition on the merits.

November 21, 2023

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
          /s/ Michael E. Gans